**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

Powin LLC,

**Plaintiff,**

v.

**UNITED STATES,**

**Defendant.**

**S U M M O N S**

**Court No.**  25-00020

**TO:**    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2304 - Laredo | Center (if known): | CEE010 |
| Protest Number: | 230424103298 | Date Protest Filed: | Nov. 27, 2024 |
| Importer: | Powin LLC | Date Protest Denied: | Dec. 23, 2024 |
| Category of Merchandise: | Machinery | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attachment A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jackson D. Toof
ArentFox Schiff LLP
1717 K Street, NW
Washington, D.C. 20006
202.857.6130
jackson.toof@afslaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Information regarding the parts used, their country of origin, and the operations performed on them lack specificity and detail which would allow for a conclusive country-of-origin determination. It is also noted the Bill of Materials for a representative shipment referenced in the Memorandum of Protest was not provided as evidence, although this document was apparently used by the Importer to make the country-of-origin determination and might have been helpful for CBP to reach the same conclusion.

The issue which was common to all such denied protests:

Powin LLC declared the country of origin of the Powin energy segment products to be Mexico. U.S. Customs & Border Protection, however, liquidated the entries as Chinese origin.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jackson D. Toof

*Signature of Plaintiff's Attorney*

January 16, 2025

*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

# ATTACHMENT A
# ENTRIES INVOLVED IN PROTEST

| Entry Summary Number | Entry Date | Liquidation Date |
|---|---|---|
| 23106825281 | 6/30/2023 | 5/31/2024 |
| 23106829333 | 6/30/2023 | 5/31/2024 |
| 23106840553 | 6/30/2023 | 5/31/2024 |
| 23106843169 | 6/30/2023 | 5/31/2024 |
| 23106852145 | 7/1/2023 | 5/31/2024 |
| 23106852194 | 7/1/2023 | 5/31/2024 |
| 23106852236 | 6/30/2023 | 5/31/2024 |
| 23106852244 | 6/30/2023 | 5/31/2024 |
| 23106852293 | 7/1/2023 | 5/31/2024 |
| 23106856054 | 7/1/2023 | 5/31/2024 |
| 23106857656 | 7/2/2023 | 5/31/2024 |
| 23106857763 | 7/2/2023 | 5/31/2024 |
| 23106864900 | 7/2/2023 | 5/31/2024 |
| 23106865055 | 7/4/2023 | 5/31/2024 |
| 23106865188 | 6/30/2023 | 5/31/2024 |
| 23106870089 | 7/2/2023 | 5/31/2024 |
| 23106880237 | 7/2/2023 | 5/31/2024 |
| 23106893867 | 7/1/2023 | 5/31/2024 |
| 23106899591 | 7/4/2023 | 5/31/2024 |
| 23106899666 | 7/4/2023 | 5/31/2024 |
| 23106899765 | 7/4/2023 | 5/31/2024 |
| 23106899823 | 7/4/2023 | 5/31/2024 |
| 23106902395 | 7/4/2023 | 5/31/2024 |
| 23106904961 | 7/4/2023 | 5/31/2024 |
| 23106906172 | 6/30/2023 | 5/31/2024 |
| 23106911735 | 7/4/2023 | 5/31/2024 |
| 23106911776 | 6/30/2023 | 5/31/2024 |
| 23106911792 | 6/30/2023 | 5/31/2024 |
| 23106914077 | 7/2/2023 | 5/31/2024 |
| 23106914119 | 7/4/2023 | 5/31/2024 |
| 23106914200 | 7/2/2023 | 5/31/2024 |
| 23106914234 | 7/5/2023 | 5/31/2024 |
| 23106915744 | 7/2/2023 | 5/31/2024 |
| 23106918649 | 7/4/2023 | 5/31/2024 |
| 23106938886 | 7/6/2023 | 5/31/2024 |
| 23106939389 | 7/5/2023 | 5/31/2024 |
| 23106939546 | 7/5/2023 | 5/31/2024 |
| 23106939611 | 7/5/2023 | 5/31/2024 |
| 23106939710 | 7/6/2023 | 5/31/2024 |
| 23106939793 | 7/5/2023 | 5/31/2024 |
| 23106942847 | 7/8/2023 | 5/31/2024 |
| 23106949198 | 7/6/2023 | 5/31/2024 |
| 23106949248 | 7/3/2023 | 5/31/2024 |
| 23106949420 | 7/6/2023 | 5/31/2024 |

| Entry Summary Number | Entry Date | Liquidation Date |
|---|---|---|
| 23106949487 | 7/8/2023 | 5/31/2024 |
| 23106949529 | 7/7/2023 | 5/31/2024 |
| 23106949545 | 7/7/2023 | 5/31/2024 |
| 23106949560 | 7/7/2023 | 5/31/2024 |
| 23106949586 | 7/7/2023 | 5/31/2024 |
| 23106949594 | 7/9/2023 | 5/31/2024 |
| 23106949602 | 7/9/2023 | 5/31/2024 |
| 23106949636 | 7/8/2023 | 5/31/2024 |
| 23106949644 | 7/6/2023 | 5/31/2024 |
| 23106950683 | 7/8/2023 | 5/31/2024 |
| 23106950857 | 7/8/2023 | 5/31/2024 |
| 23106956763 | 7/7/2023 | 5/31/2024 |
| 23106956961 | 7/8/2023 | 5/31/2024 |
| 23106957068 | 7/7/2023 | 5/31/2024 |
| 23106957225 | 7/8/2023 | 5/31/2024 |
| 23106957324 | 7/8/2023 | 5/31/2024 |
| 23106960286 | 7/8/2023 | 5/31/2024 |
| 23106960351 | 7/9/2023 | 5/31/2024 |
| 23106962365 | 7/9/2023 | 5/31/2024 |
| 23106962399 | 7/9/2023 | 5/31/2024 |
| 23106964585 | 7/7/2023 | 5/31/2024 |
| 23106964601 | 7/9/2023 | 5/31/2024 |
| 23106965285 | 7/9/2023 | 5/31/2024 |
| 23106969477 | 7/9/2023 | 5/31/2024 |
| 23106970947 | 7/9/2023 | 5/31/2024 |
| 23106975714 | 7/8/2023 | 5/31/2024 |
| 23106980961 | 7/9/2023 | 5/31/2024 |
| 23106987107 | 7/9/2023 | 5/31/2024 |
| 23110010458 | 7/8/2023 | 5/31/2024 |
| 23110010557 | 7/9/2023 | 5/31/2024 |
| 23106997742 | 7/10/2023 | 6/7/2024 |
| 23106997783 | 7/10/2023 | 6/7/2024 |
| 23106997957 | 7/10/2023 | 6/7/2024 |
| 23110003586 | 7/10/2023 | 6/7/2024 |
| 23110003966 | 7/10/2023 | 6/7/2024 |
| 23110009351 | 7/10/2023 | 6/7/2024 |
| 23110009385 | 7/10/2023 | 6/7/2024 |
| 23110011712 | 7/10/2023 | 6/7/2024 |
| 23110023105 | 7/10/2023 | 6/7/2024 |
| 23110023154 | 7/10/2023 | 6/7/2024 |
| 23110027924 | 7/11/2023 | 6/7/2024 |
| 23110027932 | 7/11/2023 | 6/7/2024 |
| 23110032981 | 7/11/2023 | 6/7/2024 |
| 23110036917 | 7/12/2023 | 6/7/2024 |

| Entry Summary Number | Entry Date | Liquidation Date |
|---|---|---|
| 23110059018 | 7/13/2023 | 6/7/2024 |
| 23110059067 | 7/13/2023 | 6/7/2024 |
| 23110071179 | 7/14/2023 | 6/7/2024 |
| 23110071252 | 7/15/2023 | 6/7/2024 |
| 23110071476 | 7/14/2023 | 6/7/2024 |
| 23110071633 | 7/14/2023 | 6/7/2024 |
| 23110071740 | 7/14/2023 | 6/7/2024 |
| 23110075592 | 7/15/2023 | 6/7/2024 |
| 23110078497 | 7/15/2023 | 6/7/2024 |
| 23110080295 | 7/15/2023 | 6/7/2024 |
| 23110083984 | 7/15/2023 | 6/7/2024 |